GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
JOSE ANTONIO GUTIERREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA,       | 4-12-70377 MAG |
|---------------------------------|----------------|
| Plaintiff,                      | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v.                              |                |
| JOSE ANTONIO GUTIERREZ,         |                |
| Defendant.                      |                |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Jose Gutierrez may be modified to allow him to travel to the Central District of California from April 27, 2012 to April 29, 2012 for his cousin's wedding. While in the Central District, Mr. Gutierrez will be staying at the Ontario Inn, 5361 Holt Blvd., Montclair, California. Pretrial Services Officer K.J. Gibson is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

DATED: April 24, 2012                         /s/
                                              ELLEN V. LEONIDA
                                              Assistant Federal Public Defender

DATED: April 24, 2012                         /s/
                                              CHRISTINA MCCALL
                                              Assistant United States Attorney

CR 12-00140 CW
Stipulation and Order Modifying Pretrial
Release Conditions                            1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Jose Gutierrez may be modified to allow him to travel to the Central District of California from April 27, 2012 to April 29, 2012.   All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 4/24/12

_____
DONNA M. RYU
United States Magistrate Judge

CR 12-00140 CW
Stipulation and Order Modifying Pretrial
Release Conditions                              2